WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Hugo E. Hernandez-Diaz, Esq.
Nevada Bar No. 15565
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
hhdiaz@wrightlegal.net
*Attorneys for Plaintiff, Commercial Default Services, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMERCIAL DEFAULT SERVICES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LORRAINE A. MILLER, an individual; DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE; FOXFIELD HOMEOWNERS ASSOCIATION; DOES I through X, inclusive; and ROE ENTITIES XI through XX, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01625-JCM-BNW<br><br>**STIPULATION REGARDING DISCOVERY DEADLINES** |

Commercial Default Services, LLC ("Plaintiff"), Department of the Treasury – Internal Revenue Service ("United States"), and Foxfield Homeowners Association (the "Association") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff, Commercial Default Services, LLC, originally filed this interpleader action in the Eighth Judicial District Court of Clark County, Nevada to obtain declaratory relief related to excess proceeds from the sale of real property located at 586 Bugle Bluff Dr., Henderson, NV 89015, APN: 179-21-116-043 ("Subject Property").

2. The interpleader funds consist of $74,497.79 in surplus funds resulting from a nonjudicial foreclosure sale of the Subject Property (the "Excess Proceeds"). These funds are being held in Wright, Finlay, and Zak LLP's client trust account.

3. On September 23, 2022, the United States filed a Notice of Removal. ECF No. 1

4. On October 18, 2022, the United States filed its Answer and Claim to Interplead Funds. ECF No. 5.

5. On October 19, 2022, the Association filed its Answer. ECF No. 6

6. On October 24, 2022, the Parties filed a Joint Status Report. ECF No. 8. In the Joint Status Report, the Parties notified the Court that Plaintiff would file a motion requesting a scheduling conference by November 18, 2022.

7. The Parties agree that discovery and a scheduling conference will not be necessary in this present matter as the Parties have come to an agreement regarding the distribution of the Excess Proceeds. Accordingly, the Parties shall be submitting a separate stipulation to this Court which will effectively settle the matter. Thus, the Parties stipulate to stay all discovery deadlines.

WHEREFORE, the parties to this Stipulation respectfully request that this Court grant their Stipulation regarding a stay of all discovery deadlines.

Dated: November 18, 2022

David A. Hubbert
Deputy Assistant Attorney General

s/ Kenton McIntosh, Esq.
Kenton McIntosh, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Kenton.McIntosh@usdoj.gov
*Attorneys for the United States of America*

| | | |
|---|---|---|
| 1 | Dated: November 18, 2022 | s/ Hugo E. Hernandez-Diaz, Esq. |
| | | Hugo E. Hernandez-Diaz, Esq. |
| 2 | | Wright, Finlay & Zak |
| 3 | | 7785 W. Sahara Ave., Suite 200 |
| | | Las Vegas, NV, 89117 |
| 4 | | hhdiaz@wrightlegal.net |
| | | *Counsel for Plaintiff* |
| 5 | Dated: November 18, 2022 | s/ Todd W. Prall, Esq. |
| 6 | | Todd W. Prall, Esq. |
| 7 | | Hutchison & Steffen, LLC |
| | | 10080 W. Alta Dr., Suite 200 |
| 8 | | Las Vegas, NV  89145 |
| 9 | | TPrall@hutchlegal.com |
| | | *Counsel for Defendant Foxfield Homeowners Association* |

## ORDER

IT IS ORDERED that ECF No. 9 is GRANTED.

IT IS FURTHER ORDERED that the parties must file dismissal documents or a joint status report by January 16, 2023.

**IT IS SO ORDERED**

**DATED:** 8:03 pm, November 23, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3